RICHARD DeSOLA, an Infant, by His Guardian ad Litem, JOHN DeSOLA, and JOHN DeSOLA, Respondents, *v.* ALESSANDRO FARINO, Respondent, and ST. MARY'S HOSPITAL IN THE CITY OF BROOKLYN, Appellant.

Supreme Court, Appellate Term, Second Department, October 6, 1939.

*Hayt & Hayt* [*Emanuel Hayt* of counsel], for the appellant.

*A. Thomas Caruso,* for John DeSola, respondent.

*Bernard Oremland,* for the respondent Alessandro Farino.

Order unanimously reversed, upon the law, with ten dollars costs to the appellant, and motion to fix lien denied. Lien Law (§ 189, subd. 10) requires that the lien be enforced by action. It was, therefore, error, over the objection of the hospital, to fix the lien upon motion of the defendant.

Present — LEWIS, SMITH and McCOOEY, JJ.